DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GAITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. 07-201-KJM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| v. | ) ) | |
| MICHAEL GAITHER, | ) ) | DATE: July 9, 2007 Time: 2:00 p.m. |
| Defendant. | ) | Judge: Edmund F. Brennan |

Defendant MICHAEL GAITHER, by and through his counsel, TIMOTHY ZINDEL, Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the preliminary hearing for Michael Gaither, set for July 9, 2007 be rescheduled for Monday, July 16, 2007 at 2:00 p.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

Further, the Defendant consents to an extension of the time for preliminary examination until July 16, 2007. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into

1

account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation. The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until July 9, 2007 or such time as either party may request a hearing for a purpose other than preliminary examination.

DATE: July 3, 2007                    Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                                      /s/  Timothy Zindel for
                                      KYLE REARDON
                                      Assistant U.S. Attorney

DATED: July 3, 2007                   DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Timothy Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for MICHAEL GAITHER


**SO ORDERED.**

Dated:   July 5, 2007

                                      _____
                                      EDMUND F. BRENNAN
                                      United States Magistrate Judge