DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL GAITHER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 07-0201-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND TIME FOR PRELIMINARY** |
| v. | ) | **EXAMINATION AND EXCLUDE TIME** |
| | ) | |
| MICHAEL GAITHER, | ) | |
| | ) | DATE:  July 16, 2007 |
| Defendant. | ) | Time:  2:00 p.m. |
| _____ | ) | Judge: Edmund F. Brennan |


It is hereby stipulated and agreed between defendant, Michael Gaither, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing for July 16, 2007, may be continued to Monday, August 27, 2007 at 2:00 p.m.

The United States has advised defense counsel that it will offer Mr. Gaither the opportunity to resolve the charges by pleading guilty to a misdemeanor information.  For that reason, and because Mr. Gaither will be away on military reserve duty starting July 16, the parties agree to extend the time for preliminary

1

1  examination until August 27, 2007, with Mr. Gaither's consent,

2  agreeing that Mr. Gaither's absence and the need for further

3  discussion constitute good cause within the meaning of Federal Rule

4  of Criminal Procedure 5.1(d).  The parties further agree that the

5  time within which an indictment or information must be filed may be

6  extended to August 27, 2007, and time under the Speedy Trial Act

7  excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

8  (B)(iv), to afford both parties reasonable additional time to

9  prepare.

10                                Respectfully Submitted,

11                                DANIEL J. BRODERICK
                                  Federal Defender
12

13  Dated:  July 13, 2007         /s/ T. Zindel
                                  TIMOTHY ZINDEL
14                                Assistant Federal Defender
                                  Attorney for MICHAEL GAITHER
15

16                                McGREGOR W. SCOTT
                                  United States Attorney
17

18  Dated:  July 13, 2007         /s/  T. Zindel for K. Reardon
                                  KYLE REARDON
19                                Assistant U.S. Attorney

20

21                        **O R D E R**

22      The preliminary hearing is continued to August 27, 2007, the

23  Court finding good cause, and time is excluded for the reasons set

24  forth above.

25      IT IS SO ORDERED.

26

27  Dated:   July 16, 2007
                                  HON. EDMUND F. BRENNAN
28                                United States Magistrate Judge

                                   2