```
 1 | DANIEL J. BRODERICK
   | Federal Defender
 2 | TIMOTHY ZINDEL, BAR #158377
   | Assistant Federal Defenders
 3 | 801 I Street, 3rd Floor
   | Sacramento, California 95814
 4 | Telephone: (916) 498-5700
 5 |
 6 | Attorney for Defendant
   | MICHAEL GAITHER
 7 |
 8 |
 9 |
10 |            IN THE UNITED STATES DISTRICT COURT
11 |            FOR THE EASTERN DISTRICT OF CALIFORNIA
12 |
13 | UNITED STATES OF AMERICA,     )  Mag. No. 07-0201 KJM
                                   )
14 |            Plaintiff,         )  STIPULATION AND ORDER TO
                                   )  EXTEND TIME FOR PRELIMINARY
15 |    v.                         )  EXAMINATION AND EXCLUDE TIME
                                   )
16 | MICHAEL GAITHER,              )
                                   )  DATE: August 27, 2007
17 |            Defendant.         )  Time: 2:00 p.m.
   | _____ )  Judge: Hon. Dale A. Drozd
18 |
19 |
```

20  It is hereby stipulated and agreed between defendant, Michael
21 Gaither, and plaintiff, United States of America, by and through
22 their attorneys, that the preliminary hearing for August 27, 2007,
23 may be continued to Monday, October 1, 2007. at 2:00 p.m.

24  The United States has offered Mr. Gaither the opportunity to
25 resolve the charges by pleading guilty to a misdemeanor information
26 but has yet to provide discovery for Mr. Gaither's review. In
27 order to have time to consider the discovery and the offer, the
28 parties agree to extend the time for preliminary examination until

1

October 1, 2007, with Mr. Gaither's consent, agreeing that Mr. Gaither's absence and the need for further discussion constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which an indictment or information must be filed may be extended to October 1, 2007, and time under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 23, 2007   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL GAITHER

McGREGOR W. SCOTT
United States Attorney

Dated: August 23, 2007   /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to October 1, 2007, the Court finding good cause, and time is excluded for the reasons set forth above.

IT IS SO ORDERED.

DATED: August 23, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.criminal/gaither0201.stipord

2