DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GAITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 07-0201 KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| MICHAEL GAITHER, | ) | DATE: October 1, 2007 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Michael Gaither, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for October 1, 2007, may be continued to Monday, October 29, 2007 at 2:00 p.m.

The United States has offered Mr. Gaither the opportunity to resolve the charges by pleading guilty to a misdemeanor information. The Information must be prepared by the government, reviewed by defense counsel, and discussed with Mr. Gaither. Additionally, defense counsel is in jury trial at the present time

1

and unavailable. In order to have time to consider the offer, the parties agree to extend the time for preliminary examination until October 29, 2007, with Mr. Gaither's consent, agreeing that Mr. Gaither's absence and the need for further discussion constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which an indictment or information must be filed may be extended to October 29, 2007, and time under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
Federal Defender

Dated: September 27, 2007    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL GAITHER

                                      McGREGOR W. SCOTT
United States Attorney

Dated: September 27, 2007    /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

    The preliminary hearing is continued to October 29, 2007, the Court finding good cause, and time is excluded for the reasons set forth above.

    IT IS SO ORDERED.

Dated: September 28, 2007.

_____
U.S. MAGISTRATE JUDGE