DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GAITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 07-0201 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | |
| MICHAEL GAITHER, | DATE: October 29, 2007 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Michael Gaither, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing presently scheduled for October 29, 2007, may be continued to Monday, November 26, 2007 at 2:00 p.m.

The United States has offered Mr. Gaither the opportunity to resolve the charges by pleading guilty to a misdemeanor information, and a misdemeanor information and plea agreement have been drafted. In order to have time to review and consider the offer, the parties agree to extend the time for preliminary

1

examination until November 26, 2007, with Mr. Gaither's consent, agreeing that Mr. Gaither's absence and the need for further discussion constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which an indictment or information must be filed may be extended to November 26, 2007, and time under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  October 25, 2007       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for MICHAEL GAITHER

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated:  October 25, 2007       /s/  T. Zindel for K. Reardon
                                      KYLE REARDON
                                      Assistant U.S. Attorney

## O R D E R

The preliminary hearing is continued to November 26, 2007 at 2:00 p.m., the Court finding good cause, and time is excluded for the reasons set forth above.

IT IS SO ORDERED.

Dated: October 25, 2007.

_____
U.S. MAGISTRATE JUDGE