```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  TIMOTHY ZINDEL, BAR #158377
    Assistant Federal Defenders
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL GAITHER
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,   )   Mag. No. 07-0201 KJM DAD
                                )
13          Plaintiff,          )   STIPULATION AND ORDER TO
                                )   EXTEND TIME FOR PRELIMINARY
14      v.                      )   EXAMINATION AND EXCLUDE TIME
                                )
15  MICHAEL GAITHER,            )
                                )   DATE:  November 26, 2007
16          Defendant.          )   Time:  2:00 p.m.
                                )   Judge: Dale A. Drozd
17  _____)
18
```

19      It is hereby stipulated and agreed between defendant, Michael
20 Gaither, and plaintiff, United States of America, by and through
21 their attorneys, that the preliminary hearing presently scheduled
22 for November 26, 2007, may be continued to Tuesday, January 15,
23 2008 at 2:00 p.m.

24      The parties have agreed to resolve this case as a misdemeanor,
25 but are examining evidence in order to finalize terms of their
26 agreement.  The parties agree to extend the time for preliminary
27 examination until January 15, 2008, with Mr. Gaither's consent,
28 agreeing that Mr. Gaither's absence and the need for further

1

discussion constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which an indictment or information must be filed may be extended to January 15, 2008, and time under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional time to prepare.

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: November 21, 2007     /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MICHAEL GAITHER

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: November 21, 2007     /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to January 15, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded for the reasons set forth above.

IT IS SO ORDERED.

DATED: November 21, 2007.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminalgaither0201.stipord(2)