1  DANIEL J. BRODERICK
   Federal Defender
2  TIMOTHY ZINDEL, BAR #158377
   Assistant Federal Defenders
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL GAITHER

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-0201 DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| MICHAEL GAITHER, | ) | |
| Defendant. | ) | DATE: January 15, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

    It is hereby stipulated and agreed between defendant, Michael Gaither, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing presently scheduled for January 15, 2008, may be continued to Tuesday, February 12, 2008 at 2:00 p.m.

    The parties have agreed to resolve this case as a misdemeanor, but the government is examining evidence in order to finalize terms of the agreement. The parties therefore agree to extend the time for preliminary examination until February 12, 2008, with Mr. Gaither's consent, agreeing that Mr. Gaither's absence and the need

                                1

for further examination of evidence constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which an indictment or information must be filed may be extended to February 12, 2008, and time under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional time to prepare.

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  January 9, 2008      /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MICHAEL GAITHER


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  January 9, 2008      /s/  T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


**O R D E R**

    The preliminary hearing is continued to February 12, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded for the reasons set forth above.

    IT IS SO ORDERED.

Dated: 01/15/08                /s/ Gregory G. Hollows
                                    United States Magistrate Judge

gaither.ord