1  DANIEL J. BRODERICK
   Federal Defender
2  TIMOTHY ZINDEL, BAR #158377
   Assistant Federal Defenders
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL GAITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-0201 DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| MICHAEL GAITHER, | ) | DATE: February 12, 2008 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Michael Gaither, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing presently scheduled for February 12, 2008, may be continued to Tuesday, March 11, 2008 at 2:00 p.m.

The parties have agreed to resolve this case as a misdemeanor and the government has examined evidence in order to finalize terms of the agreement. The defense has requested reports concerning that testing and time is needed to prepare them. The parties therefore agree to extend the time for preliminary examination

1

until March 11, 2008, with Mr. Gaither's consent, agreeing that Mr. Gaither's absence and the need for further examination of evidence constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which an indictment or information must be filed may be extended to March 11, 2008, and time under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional time to prepare.

                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:   February 7, 2008    /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for MICHAEL GAITHER

                              McGREGOR W. SCOTT
                              United States Attorney

Dated:   February 7, 2008    /s/  T. Zindel for K. Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney

**O R D E R**

    The preliminary hearing is continued to March 11, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded for the reasons set forth above.

    IT IS SO ORDERED.

Dated:   February 8, 2008.

                              U.S. MAGISTRATE JUDGE