```
DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GAITHER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL GAITHER,<br><br>　　　　Defendant.<br>_____ | No. 2:07-MJ-0201 DAD<br><br>**AMENDED STIPULATION AND ORDER VACATING PRELIMINARY EXAMINATION**<br><br>DATE: March 11, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

　　　It is hereby stipulated and agreed between defendant, Michael Gaither, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing presently scheduled for March 11, 2008 be vacated.

　　　The parties have finalized their agreement to resolve the case as a misdemeanor. It is the intent of the prosecutor for the government's misdemeanor unit to file a misdemeanor information in order to generate a summons for Mr. Gaither to appear before the assigned magistrate on a regular misdemeanor calender date.

The parties therefore agree to vacate the preliminary examination presently scheduled for March 11, 2008.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  March 5, 2008        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MICHAEL GAITHER


                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  March 5, 2008        /s/  T. Zindel for K. Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney


## O R D E R

    The preliminary hearing presently scheduled for March 11, 2008 at 2:00 p.m. is hereby vacated.

    IT IS SO ORDERED.

Dated:  March 5, 2008

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2